# UNITED STATES BANKRUPTCY COURT

Northern District of California (San Francisco)

In re Carlos Antonio Avelar
Debtor

Case No. 15-30429
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, NA

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account: 4212

**Date of payment change:** 06/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $4,290.85
Principal, Interest, and escrow, if any

**Uniform Claim Identifier:** WFCMPP1530429CAN17504212

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: ______ New escrow payment: ______

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate: 3.875% New interest rate: 4.5%

Current principal and interest payment: $3,014.59 New principal and interest payment: $3,500.81

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment: ______ New mortgage payment: ______

Case: 15-30429 Doc# 14 Filed: 04/17/15 Entered: 04/17/15 11:50:43 Page 1 of 5

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor. ☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Christopher Charles Darden Date 04/17/2015

VP Loan Documentation

Print: Christopher Charles Darden Title VP Loan Documentation

Company Wells Fargo Bank, NA

Address A/K/A Wachovia Mortgage
4101 Wiseman Blvd
San Antonio, TX 78251

Specific Contact Information:
P: 210-624-5767
E: NoticeOfPaymentChangeInquiries@wellsfargo.com

711414-94a6e8a5-334d-4d0f-bb40-16e8cc23bd38

# UNITED STATES BANKRUPTCY COURT

Northern District of California (San Francisco)

Chapter 13 No. 15-30429

In re:

Judge: Judge Dennis Montali

Carlos Antonio Avelar

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Carlos Antonio Avelar
30 Parkgrove Drive
South San Francisco, CA 94080

Debtor's Attorney: Gary R. Brenner
Gary Brenner
630 N San Mateo Dr.
San Mateo, CA 94401

Trustee: David Burchard
1065 E Hillsdale Blvd. ;200
Foster City, CA 94404

/s/ Bill Taylor

Authorized Agent

711414-5e141c33-e29b-4e79-87ce-5a03da10ac4a-

Interest Rate Adjustment Notice Reminder

March 19, 2015

07599
Carlos A. Avelar
Maria D. Avelar
38 Parkgrove Dr.
S San Fran, CA 94080

Subject: Notice of interest rate increase on your modified mortgage

Dear Carlos and Maria Avelar:

We're writing with an important reminder about the upcoming interest rate increase that was part of the terms of your step-rate mortgage modification agreement. The following information explains the changes you can expect.

**Understanding how your interest rate will change**

When your mortgage was modified, you received a step-rate modification. As stated in your modification agreement, at the end of the initial fixed-rate term, your interest rate will increase each year until it reaches the interest rate cap. Here's how your step-rate modification works:

- Your interest rate started off lower than the then-current market rate and remains at that same interest rate for 3 years.
- At the end of 3 years, the interest rate will increase according to the schedule in your modification agreement, until the interest rate reaches the interest rate cap on May 1, 2017. The interest rate cap equals the market rate of interest charged by mortgage lenders on the day your final mortgage modification agreement was prepared. When the interest rate reaches the interest rate cap, it will remain fixed for the remainder of your loan modification term, per your modification agreement.

**Information on your new interest rate and payment**

Please review the information below that includes the details of your upcoming step-rate adjustment under the terms of your mortgage modification.

| | Current | New | Effective Date |
|---|---|---|---|
| Interest Rate | 3.875% | 4.50% | 5/1/2015 |
| Principal | $0.01 | $0.00 | |
| Interest | $3,014.58 | $3,500.81 | |
| Escrow | $790.04 | $790.04 | |
| Total Payment | $3,804.63 | $4,290.85 | 06/01/2015 |

**Important information about your new payment**

- Your new monthly payment is effective on June 1, 2015 based on your new interest rate which becomes effective May 1, 2015. This payment is based on a predetermined calculation that was included in your current mortgage modification. The allocation between principal and interest amounts may adjust based on the outstanding principal balance and the terms of the mortgage modification.
- The monthly payment includes an escrow amount that will be used to pay your property taxes, hazard insurance, and other escrowed expenses. Your new total monthly mortgage payment may be subject to further change if the escrow amount needed to cover taxes and insurance is adjusted.

- Please review the chart below for a detailed breakout of your scheduled increases, showing your payment schedule with the dates, interest rates, and monthly payment amount changes. Keep this schedule handy so you can prepare for the planned increases.

| Years | Interest Rate | Interest Rate Change Date | Adjusted Monthly Payment | | | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| | | | Monthly Principal and Interest Amount | Monthly Escrow Payment Amount | Total Monthly Payment | | |
| 7 | 4.50% | 5/1/2015 | $3,500.81 | $790.04 May Adjust Periodically | $4,290.85 May Adjust Periodically | 06/01/2015 | 12 |
| 8 | 5.125% | 5/1/2016 | $3,987.04 | May Adjust Periodically | May Adjust Periodically | 06/01/2016 | 12 |
| 9 - Maturity Date | 6.39% | 5/1/2017 | $5,714.69 | May Adjust Periodically | May Adjust Periodically | 06/01/2017 | 384 |

Note: This table assumes that all payments are made on time and in accordance with the terms of your mortgage modification. If you are an automatic mortgage payment customer, your new payment amount will be deducted from your account in the month the change becomes effective.

**Additional resources**

- If you would like help with household budgeting, HUD-approved housing counseling agencies can provide assistance at no charge and can be located through: **HUD.gov**
- For assistance through the Making Home Affordable program, contact the Homeowner's HOPE Hotline at 1-888-995-HOPE, and specify you'd like Making Home Affordable (MHA) help.

**We're here to help you**

If you have questions or concerns about your new monthly payment or the upcoming changes to your step-rate mortgage modification, please call one of our customer service representatives at 1-800-642-0257. We're available Monday through Friday between the hours of 8:00 AM to 8:00 PM CT, or Saturday between the hours of 8:00 AM to 5:00 PM CT.

Sincerely,

Carolyn Romo

Carolyn Romo
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Bank, N.A is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However, if you have received a bankruptcy discharge, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N.A. will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2015 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801 2/14 CS4065 Equal Housing Lender