1  Jonathan C. Cahill (SBN 287260)
   jcahill@aldridgepite.com
2  Joseph C. Delmotte (SBN 259460)
   jdelmotte@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385

Attorneys for   Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 15-30429-DM |
| CARLOS ANTONIO AVELAR, | Chapter 13 |
| Debtor. | **NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

TO: DEBTOR, ATTORNEY FOR DEBTOR, CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Objection to Chapter 13 Plan filed by Wells Fargo Bank, N.A. on May 15, 2015 [Docket No. 44], is hereby withdrawn.

ALDRIDGE PITE, LLP[1]

Dated: July 2, 2015     /s/ *Jonathan C. Cahill*  (SBN 287260)
                         Attorneys for Movant Wells Fargo Bank, N.A.

---

[1] Successor to Pite Duncan, LLP as a result of the merger of Pite Duncan, LLP and Aldridge Conners, LLP

- 1 -

```
Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
```
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Wells Fargo Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CARLOS ANTONIO AVELAR ,<br><br>Debtor. | Case No. 15-30429-DM<br><br>Chapter 13<br><br>PROOF OF SERVICE BY MAIL |

I, Anne E. Penaloza, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On July 2, 2015, I served the NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 2, 2015, at San Diego, California.

Dated:     July 2, 2015                     /s/ Anne E. Penaloza
                                            ANNE E. PENALOZA

- 2 -

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **DEBTOR** |
| 3 | Carlos Antonio Avelar |
| | 38 Parkgrove Drive |
| 4 | South San Francisco, CA 94080 |
| 5 | |
| 6 | **DEBTOR ATTORNEY (via electronic notice)** |
| 7 | Gary R. Brenner |
| | 630 N San Mateo Dr. |
| | San Mateo, CA 94401 |
| 8 | mortolabrenner@fastmail.fm |
| 9 | |
| 10 | **CHAPTER 13 TRUSTEE (via electronic notice)** |
| 11 | David Burchard |
| | 1065 E Hillsdale Blvd. #200 |
| | Foster City, CA 94404 |
| 12 | TESTECF@burchardtrustee.com |
| 13 | |
| 14 | **U.S. TRUSTEE (via electronic notice)** |
| 15 | Office of the U.S. Trustee |
| | 235 Pine St |
| | Suite 700 |
| 16 | San Francisco, CA 94104 |
| | USTPRegion17.sf.ecf@usdoj.gov |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |